COM.

v.

**RUSSELL, S.**

**111 WDA 2017**

Superior Court of Pennsylvania.

08/07/2017

CP–02–CR–0014840–1994
CP–02–CR–0016481–1994
(Allegheny)

Affirmed

COM.

v.

**BARNES, M.**

**150 WDA 2017**

Superior Court of Pennsylvania.

08/07/2017

CP–25–CR–0002708–2014
(Erie)

Affirmed

COM.

v.

**BARNES, M.**

**149 WDA 2017**

Superior Court of Pennsylvania.

08/07/2017

CP–25–CR–0000771–2015
(Erie)

Affirmed

**ADOPTION OF: D.K.I., a minor,**

**Appeal of: K.A.I.**

**205 WDA 2017**

Superior Court of Pennsylvania.

08/07/2017

26 Adopt 2016
(Fayette)

Affirmed